United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Filing Date: _____    Docket #: _____

Debtor: **Houde, Gerald N.**    Co-Debtor: **Houde, Joanne**

SS#: **9398**    SS#: **6760**

Address: **360 Cedar Street**    Address: **360 Cedar Street**

**New Bedford, MA  02740**    **New Bedford, MA  02740**

Debtor's Counsel:

**Smeloff & Benner**
**100 Grossman Dr. Suite 305**
**Braintree, MA  02184**

**(781) 843-2323**
**(781) 843-2324**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Docket#:

DEBTORS: (H) **Houde, Gerald N.**           SS# **9398**
         (W) **Houde, Joanne**              SS# **6760**

TERM OF THE PLAN **36** Months.
(If the plan is longer than thirty-six (36) months and debtor's plan is governed by 11 U.S.C § 1322 (d)(2), a statement of cause under must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly: $ **305.00**.

## I. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Gmac Mortgage** | Mortgage account opened 3/08 360 Cedar Street | 8,635.00 |
| | Total of secured claims to be paid through the Plan: $ | 8,635.00 |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **First Citizens Fcu** | Auto loan account opened 3/05 2004 Dodge Ram 1500 |
| **Gmac Mortgage** | Mortgage account opened 3/08 360 Cedar Street |
| **Toyota Motor Credit** | Auto loan account opened 11/09 2008 Toyota Scion (daught |

## II. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. All Other Priority Creditors:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total of Priority Claims to Be Paid Through the Plan: $ | 0.00 |

## III. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## IV. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **1.20**% of their claims.

A. General unsecured claims: $ **32,076.38**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Gmac Mortgage | 2nd Mortgage account opened 3/08 360 Cedar Stree | 30,057.00 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of A + B + C unsecured claims: $ | 62,133.38 |

D. **Multiply total by percentage: $ 747.00**.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total amount of separately classified claims payable at <u>100</u>%: $ | 0.00 |

V. **OTHER PROVISIONS:**

A. Liquidation of assets to be used to fund Plan:

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Assumption/Rejection of Leases:
**None**

D. Miscellaneous provisions:
**\*\*\*CLAIM DUE TO GMAC MORTGAGE (GMA). GMA equity loan is wholly unsecured and shall be paid in accordance with the unsecured claims in the plan.**
**The Debtors' residence located at 360 Cedar Street New Bedford, MA 02740 has a present value of $203,000.00. The Debtors' residence is subject to a first mortgage to GMAC Mortgage. The balance due to GMAC Mortgage as of the date of the filing of the petition for relief was $215,949.00. GMA is the holder of a second mortgage. The amount due to GMA at the time of the filing of the petition for relief was $30,057.00.**

**Pursuant to 11 USC 1322(b)(2) this plan provides to modify the claim due GMA and treat such claim as an unsecured claim in its entirety.**

**The Order of Discharge to be entered in this case under 11 USC 1328(a) shall constitute a discharge of the mortgage held by GMA and described hereinabove.**

**CALCULATION OF PLAN PAYMENT:**

| | | |
|---|---|---|
| a. Secured claims (Section I-A Total): | $ | 8,635.00 |
| b. Priority claims (Section II-A & B Total): | $ | 0.00 |
| c. Administrative claims (Section III A & B Total): | $ | 500.00 |
| d. Regular unsecured claims (Section IV – D Total): | $ | 747.00 |
| e. Separately classified unsecured claims (Section IV – E Total): | $ | 0.00 |
| f. Total of a + b + c + d + e above: | $ | 9,882.00 |
| g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ | 10,980.00 |
| (This represents the total amount to be paid into the Chapter 13 Plan) | | |
| h. Divide (g) Cost of Plan by Term of Plan: <u>36</u> months | | |
| i. Round up to nearest dollar: Monthly Plan Payment: | $ | 305.00 |

(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty ( 30 ) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

I. Real Estate:

|  | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| List Each Address | | |
| **360 Cedar Streed** | **203,000.00** | **246,006.00** |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 0.00 |
| Less Total Exemptions (Schedule C): | $ | 0.00 |
| Available Chapter 7: | $ | 0.00 |

II. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| **1999 Dodge Intrepid** | 950.00 | 0.00 | 950.00 |
| **2004 Dodge Ram 1500** | 7,375.00 | 4,810.73 | 2,564.27 |
| **2007 Suzuki C90 - motorcycle** | 4,365.00 | 0.00 | 4,365.00 |
| **2008 Toyota Scion (daughter drives car and makes payment)** | 10,725.00 | 19,269.00 | 0.00 |

| | | |
|---|---|---|
| Total Net Equity: | $ | 7,879.27 |
| Less Total Exemptions (Schedule C): | $ | 7,879.27 |
| Available Chapter 7: | $ | 0.00 |

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

| | | |
|---|---|---|
| Total Net Value: | $ | 8,440.00 |
| Less Exemptions (Schedule C): | $ | 8,440.00 |
| Available Chapter 7: | $ | 0.00 |

**SUMMARY (Total amount available under Chapter 7):**

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $ **0.00**.
Additional Comments regarding Liquidation Analysis:


**Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.**

| | |
|---|---|
| **/s/ Richard D. Smeloff** | **February 8, 2011** |
| Debtor's Counsel | Date |

Counsel's Address:
**Smeloff & Benner**
**100 Grossman Dr. Suite 305**
**Braintree, MA 02184**

Tel. # **(781) 843-2323**          Email Address: **rsmeloff@msn.com**


**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

| | |
|---|---|
| **/s/ Gerald N. Houde** | **February 8, 2011** |
| Debtor | Date |
| **/s/ Joanne Houde** | **February 8, 2011** |
| Debtor | Date |

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy first class mail, postage pre paid of the within Chapter 13 Plan to the attached distribution service list.


/s/ Richard D. Smeloff, Esq.
Richard D. Smeloff, Esq.

Bank Of America
Po Box 17054
Wilmington, DE   19850


Chase
Po Box 15298
Wilmington, DE   19850


First Citizens Fcu
271 Union Street
New Bedford, MA   02740


Fnb Omaha
Po Box 3412
Omaha, NE   68103


Gemb/ge Money Bank Low
Po Box 103065
Roswell, GA   30076


Gemb/pauls Tv And Appl
950 Forrer Blvd
Kettering, OH   45420


Gmac Mortgage
Po Box 4622
Waterloo, IA   50704


Hsbc/rs
90 Christiana Rd
New Castle, DE   19720


Rbs Citizens Na
1000 Lafayette Blvd
Bridgeport, CT   06604

Toyota Motor Credit
1500 W Park Dr
Westborough, MA  01581